**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
**April M. Stone, OSB #200937**
AprilStone@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants and Third-Party Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| The Estate of MATTHEW REYNOLDS,<br><br>                         Plaintiff,<br><br>      v.<br><br>THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; ANGELA KNEELAND, in her individual capacity; REIGNA RUSHFORD, in her individual capacity; RHONDA IRISH, in her individual capacity; AMY YOUNGFLESH, in her individual capacity; and JANE and JOHN DOES 1-5; in their individual and/or official capacities,<br><br>                         Defendants.<br>_____<br>THE OREGON DEPARTMENT OF HUMAN SERVICES, a governmental agency; ANGELA KNEELAND, an individual; REIGNA RUSHFORD, an individual; | Case No. 3:23-cv-0705-SB *Lead Case*<br><br>**STIPULATED JUDGMENT OF DISMISSAL OF STATE DEFENDANTS' THIRD-PARTY CLAIM AGAINST MARLYNNE REYNOLDS** |

Page 1 –     STIPULATED JUDGMENT OF DISMISSAL OF STATE DEFENDANTS' THIRD-PARTY CLAIM AGAINST MARLYNNE REYNOLDS

RHONDA IRISH, an individual; and AMY YOUNGFLESH, an individual,

    Third-Party Plaintiffs,

 v.

MARLYNNE REYNOLDS,

    Third-Party Defendant.

  Pursuant to a settlement agreement and Fed. R. Civ. P. 41, the Third-Party Plaintiffs and Third-Party Defendant in the above-captioned matter have resolved such claim raised herein. Third-Party Plaintiffs the Oregon Department of Human Services, Angela Kneeland, Reigna Rushford, Rhonda Irish, and Amy Youngflesh hereby move to dismiss their third-party claim against Third-Party Defendant Marlynne Reynolds with prejudice in its entirety. Each party shall bear their own fees, expenses, costs and disbursements.

Page 2 –  STIPULATED JUDGMENT OF DISMISSAL OF STATE DEFENDANTS'
      THIRD-PARTY CLAIM AGAINST MARLYNNE REYNOLDS

IT IS SO STIPULATED:

DATED: April 21, 2025.    DAN RAYFIELD
ATTORNEY GENERAL
FOR THE STATE OF OREGON

*s/ Kelsie G. Crippen*
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Kelsie G. Crippen, OSB #183641
KelsieCrippen@MarkowitzHerbold.com
April M. Stone, OSB #200937
AprilStone@MarkowitzHerbold.com
*Special Assistant Attorneys General for State Defendants and Third-Party Plaintiffs*

Eliot D. Thompson, OSB #160661
eliot.thompson@doj.oregon.gov
Nicholas S. Mancuso, OSB #151262
Nicholas.Mancuso@doj.oregon.gov
*Of Attorneys for State Defendants and Third-Party Plaintiff*

DATED: April 21, 2025.    MACKE FRAZIER LAW

*s/ Tracy J. Frazier*
Tracy J. Frazier, OSB #107125
tracy@mackefrazier.com
*Attorney for Third-Party Defendant*

2300952.2

**Page 3 –    STIPULATED JUDGMENT OF DISMISSAL OF STATE DEFENDANTS' THIRD-PARTY CLAIM AGAINST MARLYNNE REYNOLDS**