IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE ESTATE OF M.R.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OREGON DEPARTMENT OF HUMAN SERVICES *et al.*,<br><br>　　　　　　Defendants.<br>_____<br><br>OREGON DEPARTMENT OF HUMAN SERVICES *et al.*,<br><br>　　　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>MARYLYNNE REYNOLDS,<br><br>　　　　　　Defendant.<br>_____<br><br>MARYLYNNE REYNOLDS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELA KNEELAND *et al.*,<br><br>　　　　　　Defendants.<br>_____ | Lead Case No. 3:23-cv-00705-SB<br>(Consolidated Case No. 3:23-cv-00702-SB)<br><br>**GENERAL JUDGMENT OF<br>DISMISSAL WITH PREJUDICE** |

In accordance with the terms of the parties' settlement agreements, the Court hereby enters judgment dismissing these cases with prejudice and without costs, disbursements, or attorney's fees to any party.

**IT IS SO ORDERED.**

DATED this 9th day of May 2025.

*Stacie F. Beckerman*
HON. STACIE F. BECKERMAN
United States Magistrate Judge